24/7938

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of _New Jersey_
                          (State)

Case number (If known): _____ Chapter _7_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Avotres Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   81-4730004
   EIN

5. **Debtor's address**

   Principal place of business:
   140 E Hanover Ave.
   Number  Street

   Cedar Knolls  NJ  07927
   City          State  ZIP Code

   USA
   County

   Mailing address, if different:
   Number  Street
   P.O. Box
   City  State  ZIP Code

   Location of principal assets, if different from principal place of business:
   Number  Street
   City  State  ZIP Code

Debtor _Avotres Inc._   Case number (if known) _____

6. **Debtor's website (URL)**  www.avotres.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY
     
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Avotres Inc.                                    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Zhengyu Tang | debt | $2,000,000 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $2,000,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Zhengyu Tang
Number Street: 24 Vanderveer Dr.
City: Basking Ridge   State: NJ   ZIP Code: 07920

Name and mailing address of petitioner's representative, if any

Name: Jinfeng Tang
Number Street: 24 Vanderveer Dr.
City: Basking Ridge   State: NJ   ZIP Code: 07920

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/07/2024

X _____, representative
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed _____ MM / DD / YYYY

# Proof of Representation

**I, Zhengyu Tang**, residing at 679 23rd Ave, San Francisco, CA 94121, hereby authorize my brother, Jinfeng Tang, residing at 24 Vanderveer Dr., Basking Ridge, NJ 07920, to act on my behalf in all matters related to the collection of the convertible notes owed to me by Avotres Inc., including but not limited to filing and administering a bankruptcy petition in the United States Bankruptcy Court for the District of New Jersey.

**This authorization includes, but is not limited to:**

- Filing the involuntary bankruptcy petition (Form B105) on my behalf.
- Attending any meetings or hearings related to the bankruptcy case.
- Communicating with the bankruptcy court, the trustee, and other relevant parties.
- Providing any necessary documentation and information required for the bankruptcy proceedings.
- Negotiating and executing any agreements related to the collection of the convertible notes.
- Initiating and pursuing any legal actions necessary to collect the debt.
- Settling, compromising, or otherwise resolving any claims related to the convertible notes.
- Taking any other actions necessary to collect the convertible notes and pursue the bankruptcy case as my representative.

**I understand and agree to the following:**

- I remain responsible for any decisions and actions taken by my representative in relation to this matter.
- This authorization does not absolve me of any legal responsibilities or obligations related to the bankruptcy proceedings.

**Effective Date:** This authorization is effective immediately upon my signature and shall remain in effect until the conclusion of the bankruptcy case or until revoked by me in writing.

**Signed,**

*/s/ Zhengyu Tang*

Zhengyu Tang
Date: March 15, 2024

**Acceptance by Representative:**

I, Jinfeng Tang, accept the responsibility to act as the authorized representative for Zhengyu Tang in all matters related to the collection of the convertible notes owed by Avotres Inc., including filing for bankruptcy, and agree to perform the duties as outlined above.

*Tang Jinfeng*

Jinfeng Tang
Date: March 15, 2024