| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>In Re:<br>**Avotres Inc.** | U.S. BANKRUPTCY COURT<br>2024 AUG 13 P 12: 35<br><br>Case No.: **24-17938**<br>Chapter: **7**<br>Adv. No.: _____<br>Hearing Date: _____<br>Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, **Jinfeng Tang**:

   ☒ represent **Zhengyu Tang** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **August 13, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Summons to Debtor in Involuntary Case**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **8/13/2024**

Signature: _____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Avotres Inc.<br>140 E. Hanover Ave.<br>Cedar Knolls, NJ<br>07927 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |