UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FILED
JEANNE A. NAUGHTON, CLERK
AUG 19 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 24-17938

Chapter: 7

In Re:
Avotres Inc.

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____Jinfeng Tang_____:

   ☒ represent _____Zhengyu Tang_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 14, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1) Involuntary Petition against a Non-individual (Form 205)
   2) Summons to Debtor in Involuntary Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 14, 2014

Signature: /s/ Jinfeng Tang



Envelope:

From: Jin Feng Tang
24 Vanderveer Dr
Basking Ridge
NJ 07920

To: Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes
DE 19958

U.S. POSTAGE PAID
FCM LETTER
BASKING RIDGE, NJ 07920
AUG 14, 2024
$5.58
R2304E106448-05

Retail
RDC 99
19958

CERTIFIED MAIL
9589 0710 5270 2233 1334 15



Jinfeng Tang
24 Vanderveer Dr.
Basking Ridge
NJ 07920

U.S. POSTAGE PAID
FCM LETTER
BASKING RIDGE, NJ 07920
AUG 14, 2024
$5.58
R2304E106448-05

RDC 99

Alex Li (CEO) or company representative
Avotres Inc.
140 E. Hanover Ave.
Cedar Knolls
NJ 07927

CERTIFIED MAIL

9589 0710 5270 2233 1334 22